The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERY LEONARD, individually and on behalf of all those similarly situated,

Plaintiff,

vs.

THE BOEING COMPANY, INC., a foreign corporation,

Defendant.

Case No. 2:25-cv-01551-JLR

[PROPOSED] ORDER FOR RELIEF FROM DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL (LCR 7(J))

This matter came before the Court on the Parties' Stipulation for Relief from Proposed Deadline to File Opposition to, and Reply in Support of, Defendant's Motion for Certification of Interlocutory Appeal. Pursuant LCR 7(j), the Parties agreed to move the deadline for Plaintiff's Opposition to March 5, 2026, and to move the noting date on the Motion Calendar, as well as the deadline for Defendant's Reply, to March 13, 2026. Having considered the Parties' Stipulation, the Court HEREBY ORDERS that:

//

//

//

[PROPOSED] ORDER FOR RELIEF FROM DEADLINE TO
FILE OPPOSITION TO DEFENDANT'S MOTION FOR
CERTIFICATION OF INTERLOCUTORY APPEAL (LCR 7(J))

**BREAD & ROSES LAW GROUP**
5413 MERIDIAN AVE N, SUITE B
SEATTLE, WA 98103
206.705.3006

The Parties' Stipulation for Relief from Deadlines is GRANTED.  The Clerk is DIRECTED to renote Defendant's motion for certification of interlocutory appeal (Dkt. # 33) for March 13, 2026.

DATED this 6th day of March, 2026.

_____

The Honorable James L. Robart

[PROPOSED] ORDER FOR RELIEF FROM DEADLINE TO
FILE OPPOSITION TO DEFENDANT'S MOTION FOR
CERTIFICATION OF INTERLOCUTORY APPEAL (LCR 7(J))

**BREAD & ROSES LAW GROUP**
5413 MERIDIAN AVE N, SUITE B
SEATTLE, WA 98103
206.705.3006